**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1560**

———————

GLENWOOD C. SWINDELL,

Plaintiff - Appellant,

versus

GORDON R. ENGLAND, Secretary of the Navy,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (7:04-cv-00082-F)

———————

Submitted:  December 29, 2006      Decided:  February 1, 2007

———————

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Glenwood C. Swindell, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenwood C. Swindell appeals the district court's order granting the Secretary's motion for summary judgment and dismissing his action alleging disability discrimination under the Rehabilitation Act of 1973, 29 U.S.C. § 791 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Swindell v. England</u>, No. 7:04-cv-00082-F (E.D.N.C. March 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>